# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 265 |
| | : | |
| ORDER AMENDING RULES | : | APPELLATE PROCEDURAL RULES |
| 906 AND 1911 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| APPELLATE PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2016, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a) in the interest of efficient administration:

    It is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 906 and 1911 of the Pennsylvania Rules of Appellate Procedure are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2017.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.